# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY PAYESKO,<br>*Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 18-2957 |
| CAD HOLDINGS, LLC, *et al.*,<br>*Defendants.* | : | |

## ORDER

**AND NOW**, this 4th day of September 2019, upon consideration of Third-Party Defendant Richard Payesko's Motion for Summary Judgment (ECF No. 80), Defendants Beverly Skrapits and Robert Skrapits's Response (ECF Nos. 81 & 85), Thomas Olick's Answer to Defendants Beverly Skrapits and Robert Skrapits's Response in Opposition to Richard Payesko's Motion for Summary Judgment (ECF No. 90), and Defendants' Reply (ECF No. 92), it is **HEREBY ORDERED** that Third-Party Defendant Richard Payesko's Motion for Summary Judgment (ECF No. 80) is **GRANTED**. The claims against Third-Party Defendant Richard Payesko are **HEREBY DISMISSED**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE